## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**DARNEL LOUDEN**  **PLAINTIFF**
**ADC #156042**

**v.**  **CASE NO. 5:17-CV-00252 BSM**

**WENDY KELLEY, et al.**  **DEFENDANTS**

## ORDER

The partial recommended disposition [Doc. No. 24] submitted by United States Magistrate Judge Beth Deere has been received. No objections have been submitted. After careful consideration, the partial recommended disposition is adopted, and plaintiff Darnel Louden's claims against the Doe defendants are dismissed without prejudice. It is certified that an *in forma pauperis* appeal would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3). IT IS SO ORDERED this 14th day of February 2018.

_____
UNITED STATES DISTRICT JUDGE