# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**DARNEL LOUDEN,**                                                                   **PLAINTIFF**
**ADC #156042**

v.                    **CASE NO. 5:17-CV-00252 BSM**

**WENDY KELLEY, et al.**                                         **DEFENDANTS**

## ORDER

A partial recommended disposition ("recommendation") [Doc. No. 39] filed by United States Magistrate Judge Beth Deere has been received. The parties have not filed objections. After careful review of the recommendation, the recommendation is adopted in its entirety.

Mr. Louden's motion for summary judgment [Doc. No. 26] is denied. Defendants' motion for summary judgment [Doc. No. 32] is granted in part and denied in part. All claims against defendants Kelley, Naylor, Robertson, and Knox are dismissed without prejudice. Mr. Louden may proceed on his claims against defendant Means.

IT IS SO ORDERED this 28th day of August 2018.

                                                                                    _____
                                                                                    UNITED STATES DISTRICT JUDGE