IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**DARNEL LOUDEN,**                                                      **PLAINTIFF**
**ADC #156042**

v.                   CASE NO. 5:17-CV-00252 BSM

**WENDY KELLEY, et al.**                               **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 27th day of September 2019.

                                                    _/s/ Brian S. Miller_
                                                   UNITED STATES DISTRICT JUDGE